■ RONALD N., Individually and as Parent and Natural Guardian of DYLAN R.N., an Infant, Appellant, v UTICA CITY SCHOOL DISTRICT et al., Respondents. [849 NYS2d 870]—Appeal from an order of the Supreme Court, Oneida County (John W. Grow, J.), entered April 30, 2007 in a personal injury action. The order granted the motions of defendants for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Martoche, Peradotto, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEO L. McCULLOUGH, Appellant. [849 NYS2d 869]—Appeal from a judgment of the Monroe County Court (John R. Schwartz, A.J.), rendered April 18, 2005. The judgment convicted defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Smith, Centra, Lunn and Fahey, JJ.